IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

***

OSCAR B. McMILLIAN,

                Plaintiff-Appellant,

-vs-                     §1983 Case No. 19-cv-859-slc.

KEVIN A. CARR, SUE NOVAK, LUCAS WEBER,
LINDSAY WALKER, LINDA ALSUM-O'DONOVAN,
CAPTAIN JOSEPH CICHANOWICZ, MICHAEL
FINK, OFFICER BRIDEAU, OFFICER KOPF-
HAMMER, SERGEANT DOYLE, SERGEANT RICHARD
SEDEVIC, and CAPTAIN GWEN SCHULTZ,

                Defendants-Appellee(s).

***

## NOTICE OF APPEAL

***

    Notice is hereby given that Oscar B. McMillian [DOC #042747], pro se, Plaintiff in the above named 42 U.S.C. §1983 Civil Rights Lawsuit action, hereby [Appeals] to the United States Court of Appeals for the Seventh Circuit, from the [Final] Judgment entered upon the Opinion And Order (Dkt. #18:1-3)/(Dkt. #19:1) Issued on November 17, 2021 (Dkt. #18:3), and Filed on November 18, 2021 (Dkt. #19:1). Dismissing the 42 U.S.C. §1983 Civil Rights Lawsuit action, against State Prison Official(s), Over Six(6) Years Agenda of Harassment and Retaliation Against [Prisoners'] Access To The Court Activities, as a Well Documented and Respected Jailhouse Lawyer with the State Department Of Corrections, via the Masive Seizure(s) and Confiscation(s) of Legal Material(s), Case File(s), Law Book(s) and Case Law Material(s), based upon Pro Se [Prisoner] litigants' filed [Objection] to initially, District Court Judge, William M. Conley's [Dismissal] of the Original Lawsuit Complaint, and Granting Prisoner approximately Three(3) Weeks

[1]

to File an "Amended" §1983 Civil Rights action, that was not as [Detailed] as the Original Lawsuit pleading. Being that this action had sat for Two(2) Years in the District Court before this assertion of Too Much Detail claim was uttered. Pro Se [Prisoner] Plaintiff requested that the Original Action be Assigned to a Magistrate Judge, for a Review that fulfilled the Appearance Of Review Impartiality.

After the Matter was then assigned to the Magistrate Judge Stephen L. Crocker on October 26, 2021, at which Magistrate Judge Crocker via rote adopted the September 14, 2021 Order of Dismissal of the Original §1983 Civil Rights Complaint (Dkt. #18:1), along with Judge Conley's denial of the October 08, 2021 Motion For Reconsideration of the September 14, 2021 Dismissal, as that Dismissal was Not A Final Order From Which Reconsideration could be had, because the Court was permitting [Prisoner] Plaintiff time to file an "Amended" Civil Rights action hereon (Dkt. #18:1).

Plaintiff then sought Relief From Order under Rule 60(b)(6) Procedural Review Allowance of the Original September 14, 2021 Order Of Dismissal of the §1983 Civil Rights Complaint (Dkt. #17). Which was Denied on November 17, 2021 by Opinion And Order of Magistrate Stephen L. Crocker (Dkt. #18:1-3), and Judgment In A Civil Case Filed on **November 18, 2021** (Dkt. #19:1). Upon the Assertion that Pro Se [Prisoner] Plaintiff Had Failed To Prosecute The Civil Rights Action, Via His Filing of a Rule 59(e) Motion on the Dismissal of the Original §1983 Complaint by Judge Conley, and a Rule 60(b)(6) Motion to the September 14, 2021 Initial Dismissal Order (Dkt. #10), and the Motion For Reconsideration, Rule 59(e) Review Dismissal conclusion (Dkt. #18:1-3). **Dated this 15th day of December, 2021.**

OBM/File.  
Attachment-#1.

Respectfully Filed By:  
Oscar B. McMillian  
Oscar B. McMillian, Pro Se

[2]